1
2
3
4
5
6               **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
7
8                                                  Case #2:19-cv-00313-MMD-NJK
   Alan Warenski, individually and on behalf )
9  of all others similarly situated,          )
                                              )   **VERIFIED PETITION FOR**
10              Plaintiff(s),                  )   **PERMISSION TO PRACTICE**
                                              )   **IN THIS CASE ONLY BY**
11     vs.                                     )   **ATTORNEY NOT ADMITTED**
                                              )   **TO THE BAR OF THIS COURT**
12 Aargon Agency, Inc.                         )   **AND DESIGNATION OF**
                                              )   **LOCAL COUNSEL**
13                                             )
             Defendant(s).                     )
14                                             )   FILING FEE IS $250.00
15
16   _____Martin Schannong_____, Petitioner, respectfully represents to the Court:
              (name of petitioner)
17
        1.    That Petitioner is an attorney at law and a member of the law firm of
18
                            CARLSON & MESSER LLP
19  _____
                                 (firm name)
20  with offices at _____5901 West Century Boulevard, Suite #1200_____,
                                 (street address)
21  _____Los Angeles_____, _____California_____, ___90045___,
              (city)                      (state)              (zip code)
22
23   ___(310) 242-2200___, ___schannongm@cmtlaw.com___.
     (area code + telephone number)        (Email address)
24
        2.    That Petitioner has been retained personally or as a member of the law firm by
25
     _____Aargon Agency, Inc._____ to provide legal representation in connection with
26              [client(s)]
27  the above-entitled case now pending before this Court.
28                                                                    Rev. 5/16

3.   That since _____06/06/2006_____, Petitioner has been and presently is a
                          (date)
member in good standing of the bar of the highest Court of the State of_____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | 06/07/2006 | 243297 |
| Eastern District of Calfornia | 10/21/2009 | 243297 |
| Northern District of California | 11/06/2009 | 243297 |
| Southern District of California | 10/14/2009 | 243297 |
| Ninth Circuit Court of Appeals | 07/02/2019 | 243297 |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| None |
| --- |

7.    That Petitioner is a member of good standing in the following Bar Associations.

| State Bar of California |
| --- |

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
COUNTY OF ____Los Angeles____ )

____Martin Schannong____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__11__ day of __July__, __2019__.

_____
Notary Public or Clerk of Court

SUSIE A. VALIENTE
Notary Public - California
Los Angeles County
Commission # 2285584
My Comm. Expires May 14, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Trevor R. Waite____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____6605 Grand Montecito Parkway, Suite #200____,
(street address)

____Las Vegas____, ____Nevada____, __89149__,
(city)                         (state)              (zip code)

____(702) 384-7000____, ____twaite@alversontaylor.com____.
(area code + telephone number)       (Email address)

4

Rev. 5/16

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ **Los Angeles** _____ )

On ___ **July 11, 2019** _____ before me, __ **Susie A. Valiente, Notary Public** _____
(insert name and title of the officer)

personally appeared __ **Martin Schannong** _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

SUSIE A. VALIENTE
Notary Public - California
Los Angeles County
Commission # 2285584
My Comm. Expires May 14, 2023

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Trevor R. Waite _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____Duane Christy, CEO_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
13779                    efile@alversontaylor.com
_____
Bar number              Email address

APPROVED:

Dated: this _15th_ day of _July_____, 20_19_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Martin Schannong , Bar No. 243297

was duly admitted to practice in this Court on June 7, 2006
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on July 11, 2019
*Date*

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher , Deputy Clerk