David J. Kaminski (Pro Hac Vice)
kaminskid@cmtlaw.com
Martin Schannong (Pro Hac Vice)
schannongm@cmtlaw.com
CARSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
AARGON AGENCY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AARGON AGENCY, INC.,<br><br>        Defendant. | CASE NO.: 2:19-cv-00313-MMD-NJK<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties have settled this entire matter on an individual basis. Plaintiff ALAN WARENSKI and Defendant AARGON AGENCY, INC. (hereinafter collectively referred to as "the Parties") anticipate that

1  they will complete the settlement and file a stipulation of dismissal with prejudice
2  as to Plaintiff, and without prejudice as to the putative class members, within 65
3  days from the date of this Notice.
4      In light of the settlement, the Parties respectfully request that the Court vacate
5  all pending matters in this case.

**KAZEROUNI LAW GROUP, APC**

Dated:  July 29, 2019

s/ Michael Kind
Michael Kind
Gustavo E. Ponce
Attorneys for Plaintiff,
*ALAN WARENSKI*

**CARLSON & MESSER LLP**

Dated:  July 29, 2019

s/ David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
AARGON *AGENCY, INC.*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement, Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated:  July 29, 2019

s/ David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
AARGON *AGENCY, INC*.