# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN WARENSKI,<br><br>　　Plaintiff(s),<br><br>v.<br><br>AARGON AGENCY, INC.,<br><br>　　Defendant(s). | Case No.: 2:19-cv-00313-MMD-NJK<br><br>**Order**<br><br>(Docket No. 20) |

Pending before the Court is the parties' notice of settlement. Docket No. 20. The Court **ORDERS** the parties to file a stipulation of dismissal no later than October 3, 2019.

IT IS SO ORDERED.

Dated: July 30, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge