Michael Kind, Esq.
Nevada Bar No.: 13903
Gustavo Ponce, Esq.
Nevada Bar No.: 15084
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com
gustavo@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Alan Warenski,*
*Individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alan Warenski, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>Aargon Agency, Inc.,<br><br>    Defendant. | Case No: 2:19-cv-00313-MMD-NJK<br><br>**Stipulation of Dismissal of Aargon Agency, Inc.** |

*KAZEROUNI LAW GROUP, APC*
*6069 S. Fort Apache Rd., Ste. 100*
*Las Vegas, NV 89148*

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alan

2   Warenski ("Plaintiff") and Defendant Aargon Agency, Inc. ("Defendant") stipulate

3   to dismiss with prejudice Plaintiff's claims against Defendant in this matter, and to

4   dismiss without prejudice the claims of putative class.  Each party will bear its own

5   costs, disbursements, and attorney fees.

6

7   DATED this 3rd day of October 2019.

8

9   **KAZEROUNI LAW GROUP, APC**

10

11  By: /s/ Gustavo Ponce_____
    Michael Kind, Esq.

12  Gustavo Ponce, Esq.
    6069 S. Fort Apache Rd., Ste. 100

13  Las Vegas, NV 89148
    *Attorneys for Plaintiff*

14

15  **CARLSON & MESSER**

16

17  By: /s/ David Kaminski_____

18  David J. Kaminski, Esq.
    Martin Schannong, Esq.

19  5901 W. Century Blvd., Ste 1200

20  Los Angeles, CA 90045

21  *Attorneys for Defendant*
    *Aargon Agency, Inc.*

22

23                    IT IS SO ORDERED.

24                    _____

25                    UNITED STATES DISTRICT JUDGE

26                    Dated: _____

27

28

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 3, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Gustavo Ponce
Michael Kind, Esq.
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148