KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas. NV 89148

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alan Warenski, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Aargon Agency, Inc.,<br><br>Defendant. | Case No: 2:19-cv-00313-MMD-NJK<br><br>ORDER RE:<br><br>**Stipulation of Dismissal of Aargon Agency, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alan Warenski ("Plaintiff") and Defendant Aargon Agency, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter, and to dismiss without prejudice the claims of putative class. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of October 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Michael Kind, Esq.
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**CARLSON & MESSER**

By: /s/ David Kaminski
David J. Kaminski, Esq.
Martin Schannong, Esq.
5901 W. Century Blvd., Ste 1200
Los Angeles, CA 90045
*Attorneys for Defendant*
*Aargon Agency, Inc*.

IT IS SO ORDERED.

_____
CHIEF -UNITED STATES DISTRICT JUDGE

Dated: 10/7/2019